UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA SCHEEREN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 26-1659 (CRC) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, the Department of Education, by and through the undersigned counsel, respectfully moves the Court for an order extending the deadline for filing Defendant's response to the Complaint by 30 days, until August 19, 2026. Plaintiff has confirmed, through counsel, that she is unopposed to the relief sought in this motion.[1]

On May 14, 2026, Plaintiff filed a Complaint and then served the U.S. Attorneys' Office on or around May 20, 2026. The response to the Complaint is currently due on July 20, 2026. However, Defendant is currently in need of an extension. Due to the press of other case-related responsibilities, however, the undersigned counsel requires additional time to prepare a response to the Complaint and Defendant will require additional time to prepare the declaration which will likely accompany its response. Furthermore, one reason the undersigned was unable to prepare a timely response is because he was communicating with Defendant and with opposing counsel

---

[1] The undersigned attempted to contact counsel via phone for Higher Education Loan Authority of the State of Missouri ("MOHELA") for MOHELA's position on this extension request, but he failed to establish any contact. None the less, the undersigned understands Local Rule 7(m) to only require a party seeking non-dispositive relief to meet and confer only with "opposing counsel" prior to filing a motion.

regarding ways in which this litigation could be concluded without a response having to be filed. Accordingly, Defendant instantly seeks a 30-day extension to prepare the response and to have it reviewed and approved for filing pursuant to Department of Justice policy. Defendant does not believe that Plaintiff will suffer any prejudice for the relief sought herein, to which she is unopposed.

Dated: July 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2567

*Attorneys for the United States of America*