UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA SCHEEREN,

Plaintiff,

v.

DEPARTMENT OF EDUCATION, et al.,

Defendants.

Civil Action No. 26-1659 (CRC)

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion for an extension of time, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline to file Defendant's response to the Complaint is extended to August 19, 2026.

SO ORDERED.

______
Date

____________________________
United States District Court Judge