UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA SCHEEREN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION, *et al.*,<br><br>Defendants. | Civil Action No. 26-1659 (CRC) |

**DEFENDANT'S CERTIFIED INDEX OF THE**
**CONTENTS OF THE ADMINSTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), Defendants, the Department of Education and Linda McMahon, in her official capacity as Secretary of Education, submit the attached certified index of the contents of the administrative record in this case.

Dated: August 19, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*