UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA SCHEEREN,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF EDUCATION, et al,<br>Defendants. | Civil Action No. 26-1659 (CRC) |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Candice Jackson, am Deputy General Counsel at the United States Department of Education ("Department"). I have been employed in that capacity since January 20, 2025, and in that capacity am responsible for supervising attorneys who have prepared the administrative record in this case.

As part of my duties as Deputy General Counsel, I have been provided with information regarding the compilation of the Administrative Record on which the Department relied in denying eligibility for Public Service Loan Forgiveness to the Plaintiff for the above-referenced litigation and the documents contained therein.

Based on information provided to me as part of my official duties, I hereby certify that the Exhibits attached to the Complaint (ECF No. 1-1 at 1-161) along with the Exhibits attached to the Declaration of Nikki Harris filed with the Department's motion for summary judgment collectively constitute a true and correct copy of the Administrative Record. To the best of my knowledge, these materials were directly or indirectly considered in connection with the Department's decision to deny the Plaintiff's eligibility for Public Service Loan Forgiveness at issue in this case.

Executed this 12th day of August, 2026, in Washington, D.C., under penalty of perjury under the laws of the United States.

Candice Jackson
Deputy General Counsel
United States Department of Education