UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA SCHEEREN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 26-1659 (CRC) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, the Department of Education and Linda McMahon, in her official capacity as Secretary of Education, by and through undersigned counsel, moves for summary judgment under Federal Rule of Civil Procedure 56. In support of this motion, the Department refers the Court to the accompanying declaration, exhibits, and Memorandum of Points and Authorities. A proposed order consistent with this Motion is also enclosed.

* * *

Dated: August 19, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Fithawi Berhane*

FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*