# Exhibit A

efile Public Visual Render | ObjectId: 202641529349300719 - Submission: 2026-06-01 | TIN: 51-0205344

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

**Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)**

Do not enter social security numbers on this form as it may be made public.

**Go to *www.irs.gov/Form990* for instructions and the latest information.**

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

**A For the 2023 calendar year, or tax year beginning 07-01-2023 , and ending 06-30-2024**

**B** Check if applicable:
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return/terminated
- ☐ Amended return
- ☐ Application pending

**C** Name of organization
FAIRFAX BAR ASSOCIATION

Doing business as

Number and street (or P.O. box if mail is not delivered to street address) | Room/suite
4110 CHAIN BRIDGE ROAD 216

City or town, state or province, country, and ZIP or foreign postal code
FAIRFAX, VA 22030

**D Employer identification number**
51-0205344

E Telephone number
(703) 246-2740

**G** Gross receipts $ 1,229,940

**F** Name and address of principal officer:
COURTNIE NORRIS
4110 CHAIN BRIDGE ROAD 216
FAIRFAX, VA 22030

**H(a)** Is this a group return for subordinates? ☐ Yes ☑ No

**H(b)** Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list. See instructions.

**H(c)** Group exemption number

**I** Tax-exempt status: ☐ 501(c)(3) ☑ 501(c) ( 6 ) (insert no.) ☐ 4947(a)(1) or ☐ 527

**J Website:** WWW.FAIRFAXBAR.ORG

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other

**L** Year of formation: 1976

**M** State of legal domicile: VA

## Part I Summary

**Activities & Governance**

**1** Briefly describe the organization's mission or most significant activities:
OPERATE A VOLUNTARY BAR ASSOCIATION PROVIDING EDUCATION TO MEMBERS, A LEGAL REFERRAL SERVICE, MANAGE A PUBLIC LAW LIBRARY, AND PROMOTE LAW AND JUSTICE.

**2** Check this box ☐

| | | | |
|---|---|---|---|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 3 | 15 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 15 |
| 5 | Total number of individuals employed in calendar year 2023 (Part V, line 2a) | 5 | 20 |
| 6 | Total number of volunteers (estimate if necessary) | 6 | 100 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 11,794 |
| b | Net unrelated business taxable income from Form 990-T, Part I, line 11 | 7b | 0 |

| | | | Prior Year | Current Year |
|---|---|---|---|---|
| Revenue | 8 | Contributions and grants (Part VIII, line 1h) | 0 | 0 |
| | 9 | Program service revenue (Part VIII, line 2g) | 803,693 | 1,005,952 |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) | 57,118 | 40,312 |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 43,322 | 39,701 |
| | 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 904,133 | 1,085,965 |
| Expenses | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) | 1,000 | 0 |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 542,647 | 701,079 |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| | b | Total fundraising expenses (Part IX, column (D), line 25) 0 | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 401,903 | 464,637 |
| | 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 945,550 | 1,165,716 |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | -41,417 | -79,751 |

| | | | Beginning of Current Year | End of Year |
|---|---|---|---|---|
| Net Assets or Fund Balances | 20 | Total assets (Part X, line 16) | 1,383,769 | 1,466,357 |
| | 21 | Total liabilities (Part X, line 26) | 272,677 | 304,022 |