# Exhibit C

[redacted]

July 18, 2023 at 2:03 PM

Federal Student Aid

Dear Melissa S Scheeren,

Thank you for submitting a Public Service Loan Forgiveness (PSLF) and Temporary Expanded PSLF (TEPSLF) Reconsideration request. We have completed our review of your reconsideration request.

Based on the information provided and our research, the employer you provided in your reconsideration request with the Federal Employer Identification Number (FEIN) of 510205344 is either a qualifying employer for PSLF and Temporary Expanded PSLF (TEPSLF) or an employer that we have not yet reviewed for eligibility for inclusion in our PSLF Employer Database.

**Take Action:** Use the PSLF Help Tool at StudentAid.gov/pslf to search for your employer EIN and to help you complete the Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application you need to submit to certify your employment.

Your employment may count towards your required 120 qualifying payments for PSLF or TEPSLF if you meet all the qualifications. Visit StudentAid.gov/publicservice for more information on qualifying for PSLF or StudentAid.gov/tepslf for TEPSLF.

This reconsideration review is closed.

Check your online portal at https://www.mohela.com for the most recent information on your qualifying payments. If you are signing into your MOHELA online portal for the first time, you will need to create an online account with MOHELA. Your online portal displays your current qualifying payments and months eligible to become a qualifying payment with qualifying employment.

MOHELA will not have information on your reconsideration request. For any other information on PSLF or TEPSLF, contact MOHELA at 1-855-265-4038.

**Important:** The limited PSLF waiver ended Oct. 31, 2022. More information can be found at

[redacted]

This reconsideration review is closed.

Check your online portal at https://www.mohela.com for the most recent information on your qualifying payments. If you are signing into your MOHELA online portal for the first time, you will need to create an online account with MOHELA. Your online portal displays your current qualifying payments and months eligible to become a qualifying payment with qualifying employment.

MOHELA will not have information on your reconsideration request. For any other information on PSLF or TEPSLF, contact MOHELA at 1-855-265-4038.

**Important:** The limited PSLF waiver ended Oct. 31, 2022. More information can be found at https://studentaid.gov/announcements-events/pslf-limited-waiver. If you met the deadlines for the limited PSLF waiver, your online account may not have updated yet. It will take time to process your PSLF forms and make adjustments to your accounts. Additionally, we continue to make updates to accounts for the one-time payment count adjustment. More information can be found at https://studentaid.gov/announcements-events/idr-account-adjustment. We recommend that you wait for all the account adjustments before you submit another reconsideration request so that the evaluation of your request is based on the newest information.

Sincerely,
Federal Student Aid

This email was sent by: Office of Federal Student Aid
U.S. Department of Education
400 Maryland Ave. SW,
Washington, DC, 20202, US

Please do not reply to this email. Messages sent to this email address are not monitored. If you wish to contact us, please use the StudentAid.gov contact page. For more information about financial aid, visit StudentAid.gov.

[redacted]

[redacted]

August 16, 2023 at 10:29 AM

[redacted]

Federal Student Aid

Dear Melissa Scheeren,

Thank you for contacting the U.S. Department of Education's (ED) office of Federal Student Aid (FSA). Your case number is 15122770. Please retain this number for reference.

Your concern, as we understand it, is that you are pending an employer determination for Fairfax Bar Association.

According to the National Student Loan Data System (NSLDS), the database which provides detailed federal student loan, grant, and enrollment information to studentaid.gov, we confirmed that you have a Direct Consolidation Loan that is enrolled in the Public Service Loan Forgiveness (PSLF) Program and serviced by MOHELA. Please note that your loan servicer will always have the most up-to-date information regarding your loan balance and federal student loan account, and you can contact them at 855-265-4038.

According to our records, we noted that you have a pending case (#06357813) for an employer eligibility reconsideration. We recommend that you contact the Federal Student Aid Information Center (FSAIC) at 1-800-433-3243 and request to speak with the PSLF team. Please be sure to reference case #06357813. If you received an email associated with case #06357813, you can also reply directly to the email, and inquire on the status of your case. Unfortunately, the FSA Feedback queue cannot assist with attaching your documents that are related to Fairfax Bar Association to case #06357813. You will have to reply directly to the email from case #06357813 and attach your documents in your response.

We hope this information is helpful to you and we are closing your case. If you have any questions, reply to this email or contact us. Our hours of operation are Monday: 8 a.m.–9 p.m. Eastern time (ET), Tuesday–Wednesday: 8 a.m.–8 p.m. ET, Thursday–Friday: 8 a.m.–6 p.m. ET, and Saturday–Sunday: Closed.

Sincerely,

and Saturday–Sunday: Closed.

Sincerely,

Federal Student Aid

*To respond to this email, please reply to this email thread without modifying the Subject line. That way, your response will automatically attach to your case.*

This email was sent by: Office of Federal Student Aid
U.S. Department of Education
400 Maryland Ave. SW,
Washington, DC, 20002, US

If you wish to contact us, please use the StudentAid.gov contact page. For more information about financial aid, visit StudentAid.gov.

Comment

[redacted]

[redacted]

March 27, 2024 at 12:05 AM

[redacted]

Federal Student Aid

Dear Melissa S Scheeren,

Thank you for submitting a Public Service Loan Forgiveness (PSLF) and Temporary Expanded PSLF (TEPSLF) Reconsideration request. We have completed our review of your reconsideration request.

Based on the information provided and our research, Fairfax Bar Association with the Federal Employer Identification Number (FEIN) of 510205344 is not a qualifying employer for PSLF and TEPSLF because it is a not-for-profit organization that does not provide a qualifying public service.

This reconsideration review is closed.

Check your online portal at https://www.mohela.com for the most recent information on your qualifying payments. If you are signing into your MOHELA online portal for the first time, you will need to create an online account with MOHELA. Your online portal displays your current qualifying payments and months eligible to become a qualifying payment with qualifying employment.

For any additional information on PSLF or TEPSLF contact MOHELA at 1-855-265-4038.

**Important:** The limited PSLF waiver ended Oct. 31, 2022. More information can be found at https://studentaid.gov/announcements-events/pslf-limited-waiver. If you met the deadlines for the limited PSLF waiver, your online account may not have updated yet. It will take time to process your PSLF forms and make adjustments to your accounts. Additionally, we continue to make updates to accounts for the one-time payment count adjustment. More information can be found at https://studentaid.gov/announcements-events/idr-account-adjustment. We recommend that you wait for all the account adjustments before you submit another reconsideration request so that the evaluation of your request is based on the newest information.

Sincerely,

[redacted]

time, you will need to create an online account with MOHELA. Your online portal displays your current qualifying payments and months eligible to become a qualifying payment with qualifying employment.

For any additional information on PSLF or TEPSLF contact MOHELA at 1-855-265-4038.

**Important:** The limited PSLF waiver ended Oct. 31, 2022. More information can be found at https://studentaid.gov/announcements-events/pslf-limited-waiver. If you met the deadlines for the limited PSLF waiver, your online account may not have updated yet. It will take time to process your PSLF forms and make adjustments to your accounts. Additionally, we continue to make updates to accounts for the one-time payment count adjustment. More information can be found at https://studentaid.gov/announcements-events/idr-account-adjustment. We recommend that you wait for all the account adjustments before you submit another reconsideration request so that the evaluation of your request is based on the newest information.

Sincerely,
Federal Student Aid

This email was sent by: Office of Federal Student Aid
U.S. Department of Education
400 Maryland Ave. SW,
Washington, DC, 20002, US

Please do not reply to this email. Messages sent to this email address are not monitored. If you wish to contact us, please use the StudentAid.gov contact page. For more information about financial aid, visit StudentAid.gov

[redacted] [redacted]

February 27, 2025 at 2:13 PM

Federal Student Aid

Dear Melissa Scheeren,

Thank you for contacting the U.S. Department of Education's (ED) Office of Federal Student Aid. Your case number is #17824149. Retain this number for reference.

To qualify for Public Service Loan Forgiveness (PSLF), a borrower must meet specific eligibility requirements for the program. These include having to make 120 qualifying monthly payments on a William D. Ford Direct (Direct) Loan under a qualifying repayment plan while working full-time for a qualifying employer.

A qualifying monthly payment is one you make while employed full-time by a qualifying employer at any time during that month

- while under a qualifying repayment plan, and
- for the full amount due as shown on your bill; or
- when you are in one of the accepted types of deferments or forbearance at any time during that month.

If a borrower was in one of the following deferments or forbearances at any time during a month, that month will count as a qualifying payment if they borrower has also certified their employment for the same period of time:

- Cancer treatment deferment;
- Economic hardship deferment;
- Military service deferment;
- Post-active-duty student deferment;
- AmeriCorps forbearance;
- National Guard Duty forbearance;
- U.S. Department of Defense Student Loan Repayment Program forbearance; or
- Certain administrative forbearances related to local or national emergencies or military mobilizations and or mandatory administrative forbearances provided to borrowers for collecting supporting documentation.

An eligible payment becomes a qualifying payment when you certify your employment and all or part of your employment period is approved. The number of qualifying payments you have made will be updated only when you submit another PSLF form that documents a new period of qualifying employment. Each payment period will be listed as:

[redacted] you submit another PSLF form that documents a new period of qualifying employment. Each payment period will be listed as:

| Status | Meaning |
|---|---|
| Employment Not Certified | This is the same as an 'Eligible Payment'. Submit a PSLF form with qualifying employment for this payment period. |
| Ineligible | This payment period does not meet the requirements for the PSLF program. |
| Qualifying | This period qualifies for the PSLF/TEPSLF 120 required payments. |

A qualifying payment is one that meets the requirements for the PSLF program and has the employment certified for that time period. If you have any eligible payments that are not listed as qualifying for PSLF, you may need to submit PSLF forms and request additional employer signatures to certify the employment for those time frames.

Your 120 qualifying monthly payments don't need to be consecutive. For example, if you have a period of employment with a nonqualifying employer, you will not lose the payment counts for prior qualifying payments you made. Only payments made on or after October 1, 2007, when the PSLF program began, can be counted as qualifying payments for PSLF eligibility.

If you are unsatisfied with the outcome of your PSLF payment decisions or if you have reason to believe that your eligibility has changed, you may submit a new PSLF form using the PSLF Help Tool and upload supporting documentation for us to review. Once your form is signed and submitted, you will be able to track its progress by logging in to your StudentAid.gov account. From your account **Dashboard** under **My Activity**, select "View All Activity" to get a complete list of your submitted forms. To see the details and "Status Tracker" for a specific form, simply select that form. Once we determine how many qualifying payments you made during the employment periods noted on your PSLF form, you'll receive a letter telling you the number of qualifying payments you have made.

Once a borrower has reached 120 PSLF qualifying monthly payments, the borrowers accounts will be reviewed for eligibility. This final review can take 90 or more business days to complete. Once the borrower is approved for PSLF, ED will send the approval notification to the loan servicer. ED will also send the borrower a notice of approval by email or letter. The federal loan servicer will process the forgiveness and send the borrower a separate notice when the PSLF has been applied to their accounts.

You can view your payment progress and status by logging in to your StudentAid.gov account. If you log in to StudentAid.gov to view your progress, go to your **Dashboard**. You should see **My Aid** near the top. Select "View Details" to open your **My Aid** page, then scroll down to **PSLF/TEPSLF Payment Progress** and select "View Details" for further payment information.

Borrowers who were deemed ineligible for PSLF for payment reasons can submit a request for reconsideration. The borrower will be asked to describe the errors they believe were made about their eligibility for PSLF. They will be able to upload supporting documentation. To apply for PSLF Reconsideration, you can:

1. Go to StudentAid.gov.
2. Log in with your FSA ID.

1. Go to StudentAid.gov.
2. Log in with your FSA ID.
3. Navigate to the PSLF Reconsideration Request page.
4. Review your Personal Information.
5. Select **Continue**.
6. Select a Reconsideration Type.
7. Complete additional steps and upload additional documentation, if necessary.

Once submitted, their request may take some time to review. The borrower will then be notified via email when a decision has been made.

Borrowers should submit a reconsideration request if they disagree with the qualifying payment count that they received in a letter from us, from a prior PSLF servicer, or that is displayed on their StudentAid.gov account. Before submitting a PSLF Reconsideration Request, the borrower should review the program requirements for qualifying payments at Qualifying Public Services for the PSLF Program | Federal Student Aid to confirm their situation warrants reconsideration for PSLF.

We hope this information is helpful to you. If you require further assistance or have any questions, reply to this email or contact us at 1-800-433-3243 during regular hours of operation. Our hours are Monday from 8 a.m.-9 p.m. Eastern time (ET), Tuesday-Wednesday from 8 a.m.-8 p.m. ET, and Thursday-Friday from 8 a.m.-6 p.m. ET. We are closed on Saturday, Sunday, and all federal holidays. Additional support for the Free Application for Federal Student Aid (FAFSA®) form is available Monday-Friday until 10 p.m. ET, and on Saturdays from noon to 5 p.m. ET.

Sincerely,

Federal Student Aid

This email was sent by: Office of Federal Student Aid
U.S. Department of Education
400 Maryland Ave. SW,
Washington, DC, 20002, US

If you wish to contact us, please use the StudentAid.gov contact page. For more information about financial aid, visit StudentAid.gov.

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

ATTN.: Rachel Reibach
The Honorable Tim Kaine
U.S. Senator
9408 Grant Avenue, Suite 202
Manassas, VA 20110

Dear Sen. Kaine:

Thank you for your inquiry on behalf of Melissa Scheeren. Ms. Scheeren stated that she is enrolled in the Public Service Loan Forgiveness (PSLF) program. She stated she submitted a Temporary Expanded PSLF (TEPSLF) form, but her form was denied since her non-profit employer was not an eligible employer. She stated she believes her employer is an eligible employer.

Ms. Scheeren's concerns, as we understand them, are that she would like her employer's qualifying status reviewed, the employer listed as a qualifying employer, and her employment certified so her payments are counted as qualifying payments.

To qualify for PSLF, Ms. Scheeren must meet specific eligibility requirements for the program. These include her having to make 120 qualifying monthly payments on a William D. Ford Direct (Direct) Loan under a qualifying repayment plan while working full-time for a qualifying employer. She can review the PSLF eligibility requirements at studentaid.gov/manage-loans/forgiveness-cancellation/public-service.

Employment eligibility for the PSLF program is not about the work a borrower does but is based on who their employer is. Information on the types of employers that are eligible for PSLF can be found at studentaid.gov/manage-loans/forgiveness-cancellation/public-service#qualifying-employment.

Ms. Scheeren can use the employer search tool at StudentAid.gov/pslf/employer-search to determine if her employer is already listed as a qualifying employer for PSLF. If her employer is not listed or is not ineligible for PSLF, she can submit a new PSLF form using the PSLF Help Tool located at studentaid.gov/pslf/ to initiate a review of her employer's PSLF qualifying status. She will be able to upload documentation to support her request for a review of her employer's PSLF qualifying status.

**PSLF**

Employment with the following types of organizations qualifies for PSLF:

- Government organizations at any level (U.S. federal, state, local, or tribal) – this includes the U.S. military

- Not-for-profit organizations that are tax-exempt under Section 501(c)(3) of the Internal Revenue Code
- Other types of not-for-profit organizations that are not tax exempt under Section 501(c)(3) of the Internal Revenue Code, if they provide certain types of qualifying public services
- Serving as a full-time AmeriCorps or Peace Corps volunteer also counts as qualifying employment for the PSLF Program.

The following types of employers don't qualify for PSLF:

- Labor unions
- Partisan political organizations
- For-profit organizations, including for-profit government contractors.

If Ms. Scheeren needs to submit a PSLF form or request additional employer signatures, the easiest way to do this is by using the PSLF Help Tool.

The PSLF Help Tool will allow Ms. Scheeren to:

1. Check to see if her employer is already in our employer database.
2. Request that her employer's eligibility be reviewed if it is not already in our database or has not yet had its eligibility determined.
3. Prepare and sign her PSLF form, and request certification and signature from her employers, all electronically.
4. Generate her PSLF form for manual signature and submission.

As of July 1, 2024, the PSLF program has transitioned from the previous specialty servicer and is now fully managed by the U.S. Department of Education (ED) on StudentAid.gov. With the updates to our systems and processes, borrowers can now manage their progress toward forgiveness under PSLF on StudentAid.gov from start to finish.

Ms. Scheeren can log into StudentAid.gov and view her PSLF and TEPSLF applications in the My Activity section of her account Dashboard. Her PSLF payment progress can be viewed in the My Aid section of her account Dashboard.

A borrower's qualifying payment count is initially determined when a PSLF application is submitted, and the employment certification form is approved. The borrower's qualifying monthly payment counts are updated when new employment certification forms are processed. Borrowers cannot pre-certify their employment. We recommend borrowers certify their employment annually or anytime their employment changes. If a borrower is unable to obtain their employer's signature, they can submit alternative employment documentation, such as their W2's and paystubs for the months that they want to certify.

A borrower's120 qualifying monthly payments don't need to be consecutive. For example, if a borrower has a period of employment with a nonqualifying employer, they will not lose the payment counts for prior qualifying payments they made.

A qualifying payment is one that meets the requirements for the PSLF program and has the employment certified for that time period. If a borrower has any eligible payments that are not listed as qualifying for PSLF, they may need to submit PSLF forms and request additional employer signatures to certify the employment for those time frames.

Borrowers that applied for the TEPSLF program on or prior to the October 31, 2023, deadline will have their loans reviewed under the TEPSLF guidelines. TEPSLF may provide a borrower with credit for payments that would not have qualified under the PSLF program rules. For more information, Ms. Scheeren can visit studentaid.gov/manage-loans/forgiveness-cancellation/public-service/temporary-expanded-public-service-loan-forgiveness.

Ms. Scheeren can learn more about PSLF by visiting studentaid.gov/manage-loans/forgiveness-cancellation/public-service.

**PSLF Reconsideration**

Borrowers who were deemed ineligible for PSLF for payment reasons can submit a request for reconsideration at studentaid.gov/manage-loans/pslf-reconsideration. The borrower will be asked to describe the errors they believe were made about their eligibility for PSLF. They will be able to upload supporting documentation. Once submitted, their request may take some time to review. The borrower will then be notified via email when a decision has been made.

If a borrower's employers were determined to be ineligible for PSLF, they cannot apply for PSLF reconsideration, they would need to submit a new PSLF form using the PSLF Help Tool. Information on qualifying employment can be found at studentaid.gov/manage-loans/forgiveness-cancellation/public-service#qualifying-employment.

If Ms. Scheeren needs assistance with PSLF, she can contact us at 1-800-433-3243, during our normal hours of operation. Our hours are Monday from 8 a.m.-9 p.m. Eastern time (ET), Tuesday-Wednesday from 8 a.m.-8 p.m. ET, Thursday-Friday from 8 a.m.-6 p.m. ET. We are closed on Saturday, Sunday, and all federal holidays. Additional support for the Free Application for Federal Student Aid (FAFSA®) form is available Monday-Friday until 10 p.m. ET, and on Saturdays from noon to 5 p.m. ET.

We hope that this information is helpful. If there are any further questions, please contact the Office of Legislation and Congressional Affairs at 202-401-0020.

Sincerely,

Federal Student Aid

To provide feedback on your experience contacting Federal Student Aid, please visit StudentAid.gov/mail-survey.

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

07-16-2025

Melissa Scheeren
[redacted]

Dear Melissa,

We are pleased to provide you with an update about your progress toward Public Service Loan Forgiveness (PSLF) or Temporary Expanded PSLF (TEPSLF).

**PSLF/TEPSLF Status**

| Loan Disbursement Date | Loan Type | Balance | Servicer | PSLF EPs | PSLF QPs | TEPSLF EPs | TEPSLF QPs |
|---|---|---|---|---|---|---|---|
| 11/04/2021 | Direct Consolidation Unsubsidized | [redacted] | DEPT OF ED/EDFINANCIAL | 210 | 81 | 210 | 81 |
| 11/04/2021 | Direct Consolidation Subsidized | [redacted] | DEPT OF ED/EDFINANCIAL | 210 | 81 | 210 | 81 |

*The information above was generated as of the date of this letter and may not reflect real-time activity since the submission of your most recent PSLF form.*

The table above includes your eligible payments that require employment certification and your PSLF/TEPSLF qualifying payments.

- An eligible payment (EP) meets qualifying monthly payment requirements for PSLF or TEPSLF, but employment has not yet been certified for that month.
- Once certified employment has been approved, it is matched to an EP and results in a PSLF/TEPSLF qualifying payment (QP). However, if you consolidate your loans on or after September 1, 2024, and the dates of your employment are prior to the consolidation, a weighted average will be applied to determine your QP count from the loans included in your consolidation loan.
- To receive PSLF/TEPSLF, you need 120 months of qualifying payments.

If you have any questions about your PSLF form submission, this letter, or the PSLF or TEPSLF programs, please visit StudentAid.gov/publicservice to learn more or call us at 1-888-303-7818. To view your certified employment and PSLF payment history, log in to StudentAid.gov/login with your account username and password. After you log in, navigate to My Aid where you can get this information as soon as it is updated. You may also access prior PSLF form submissions on your account through My Activity.

Sincerely,

Federal Student Aid
U.S. Department of Education

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

12-26-2024

Melissa Scheeren
[redacted]

Dear Melissa,

We are pleased to provide you with an update about your progress toward Public Service Loan Forgiveness (PSLF) or Temporary Expanded PSLF (TEPSLF).

One or more or your loans is currently ineligible for PSLF because it is a loan made under the Federal Family Education Loan (FFEL) Program or the Federal Perkins Loan Program. A list of your loans and their eligibility status is below. You can consolidate ineligible loans to make them eligible. Visit StudentAid.gov/loan-consolidation for more information.

**PSLF/TEPSLF Status**

| Loan Disbursement Date | Loan Type | Balance | Servicer | PSLF EPs | PSLF QPs | TEPSLF EPs | TEPSLF QPs |
|---|---|---|---|---|---|---|---|
| 07/19/2004 | FFEL Stafford Sub or FFEL Stafford Non-Sub | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 07/19/2004 | FFEL Stafford Unsub | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 06/08/2006 | FFEL Stafford Unsub | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 05/25/2005 | FFEL Stafford Unsub | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 11/04/2021 | Direct Consolidation Subsidized | [redacted] | | 202 | 79 | 202 | 79 |
| 06/08/2006 | FFEL Stafford Sub or FFEL Stafford Non-Sub | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 08/29/2001 | Direct Stafford Subsidized | .00 | DIRECT LOAN SERVICING | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | CENTER (ACS) | | | | |
| 08/26/1998 | Direct Stafford Unsubsidized | .00 | DIRECT LOAN SERVICING CENTER (ACS) | | | | |
| 05/25/2005 | FFEL Stafford Sub or FFEL Stafford Non-Sub | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 07/12/2006 | FFEL Consolidation | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 08/29/2001 | Direct Stafford Unsubsidized | .00 | DIRECT LOAN SERVICING CENTER (ACS) | | | | |
| 10/09/2000 | Direct Stafford Unsubsidized | .00 | DIRECT LOAN SERVICING CENTER (ACS) | | | | |
| 08/28/2002 | Direct Stafford Unsubsidized | .00 | DIRECT LOAN SERVICING CENTER (ACS) | | | | |
| 07/25/2005 | FFEL Consolidation | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 11/04/2021 | Direct Consolidation Unsubsidized | [redacted] | | 202 | 79 | 202 | 79 |
| 07/12/2006 | FFEL Consolidation | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 08/28/2002 | Direct Stafford Subsidized | .00 | DIRECT LOAN SERVICING CENTER (ACS) | | | | |
| 08/31/2007 | FFEL Stafford Unsub | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 08/31/2007 | FFEL Stafford Sub or FFEL Stafford Non-Sub | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |
| 12/11/2003 | FFEL Consolidation | .00 | AMERICAN STUDENT ASSISTANCE | | | | |
| 07/25/2005 | FFEL Consolidation | .00 | ASCENDIUM EDUCATION SOLUTIONS, INC | | | | |

*The information above was generated as of the date of this letter and may not reflect real-time activity since the submission of your most recent PSLF form.*

The table above includes your eligible payments that require employment certification and your

PSLF/TEPSLF qualifying payments.

- An eligible payment (EP) meets qualifying monthly payment requirements for PSLF or TEPSLF, but employment has not yet been certified for that month.

- Once certified employment has been approved, it is matched to an EP and results in a PSLF/TEPSLF qualifying payment (QP). However, if you consolidate your loans on or after September 1, 2024, and the dates of your employment are prior to the consolidation, a weighted average will be applied to determine your QP count from the loans included in your consolidation loan.

- To receive PSLF/TEPSLF, you need 120 months of qualifying payments.

If you have any questions about your PSLF form submission, this letter, or the PSLF or TEPSLF programs, please visit StudentAid.gov/publicservice to learn more or call us at 1-888-303-7818. To view your certified employment and PSLF payment history, log in to StudentAid.gov/login with your account username and password. After you log in, navigate to My Aid where you can get this information as soon as it is updated. You may also access prior PSLF form submissions on your account through My Activity.

Sincerely,
Federal Student Aid
U.S. Department of Education