UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELISSA SCHEEREN,

Plaintiff,

v.

DEPARTMENT OF EDUCATION, et al.,

Defendants.

Civil Action No. 26-1659 (CRC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that judgment is entered in favor of Defendants.

SO ORDERED:

Dated: ______________________

________________________________
United States District Judge