**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MELISSA SCHEEREN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION, *et al.,*<br><br>Defendants. | Case No. 1:26-cv-01659-CRC |

# PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Civil Rule 7, Plaintiff Melissa Scheeren respectfully cross-moves for partial summary judgment against Defendants U.S. Department of Education and Secretary Linda McMahon (in her official capacity): on Count I of the Complaint, as to the denials of PSLF Application 2 and Reconsideration Request 2; and on Count II. Rule 56(a) permits judgment on "part of each claim." Fed. R. Civ. P. 56(a).

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Partial Summary Judgment, the Declaration of Melissa Scheeren and exhibits thereto, the certified administrative record, and the entire record in this case. A proposed order is submitted herewith. Plaintiff opposes Defendants' Motion for Summary Judgment, ECF No. 16, in its entirety, and does not abandon her challenges to the remaining agency actions identified in the Complaint.

Dated: September 9, 2026

Respectfully submitted,

*/s/ William Austin Hinkle*
William Austin Hinkle (Bar ID 90043756)
Public Goods Practice LLP

1502 W 7th St., STE 100, Erie, PA 16502
(215) 931-9240
austin@publicgoodspractice.com
*Counsel for Plaintiff*