**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MELISSA SCHEEREN,<br>Plaintiff,<br>v.<br>DEPARTMENT OF EDUCATION, *et al.,*<br>Defendants. | Case No. 1:26-cv-01659 (CRC) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, ECF No. 16, Plaintiff's Cross-Motion for Partial Summary Judgment, the memoranda in support thereof and in opposition thereto, the certified administrative record, and the entire record herein, it is hereby:

**ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 16, is DENIED; and it is further

**ORDERED** that Plaintiff's Cross-Motion for Partial Summary Judgment is GRANTED; and it is further

**ORDERED** that the Department of Education's denials of Plaintiff's PSLF Application 2 and Reconsideration Request 2 are VACATED; and it is further

**DECLARED** that the Fairfax Bar Association was a qualifying "public service organization" within the meaning of 34 C.F.R. § 685.219 (2021) throughout Plaintiff's employment there from March 2008 through February 2017; and it is further

**ORDERED** that this matter is REMANDED to the Department of Education with instructions to adjudicate Plaintiff's pending PSLF applications, including PSLF Application 3, consistently with this Order within 30 days of the date of this Order; that any adverse

determination shall contain an adequate, contemporaneous explanation applying 34 C.F.R. § 685.219 (2021) to the certified administrative record; and that any discharge shall be effective as of November 2021, with refund of payments made thereafter as provided by 20 U.S.C. § 1087e(m) and the Department's program terms; and it is further

**ORDERED** that the parties shall file a joint status report within 35 days of the date of this Order advising the Court of the Department's compliance; and it is further

**ORDERED** that the Court retains jurisdiction over Counts I and II to ensure compliance with this Order. The Department's suggestion of a stay, ECF No. 16-1 at 9 n.2, is DECLINED.

SO ORDERED.

Dated: _______________, 2026

_______________________________
CHRISTOPHER R. COOPER
United States District Judge