# Exhibit A

< Back

# Public Service Loan Forgiveness (PSLF) Employer Search

To determine if your employer qualifies for PSLF, enter their Employer Identification Number (EIN) and your employment dates below.

Please note that many state and local governments use a shared EIN to pay their employees, so you should rely on the appropriate result if one displays. Likewise, many federal agencies share EINs, so you may need to filter by keyword or click through multiple pages to find your employer.

## Search for Employer

Employer Identification Number (EIN)

510205344

How do I find my EIN?

This is my current employer

Employment Start Date

03/01/2008

Employment End Date

02/01/2017

Search

## Search Results

1-2 of 2

### Employer Eligibility: Next Steps

These search results usually only include an organization's official name and its official address. For more details on this employer's eligibility, make sure to click the information icon on the right side of the status box below.

If your employer is listed as eligible or split for PSLF, you should proceed to the PSLF Help Tool and begin the application process (the information entered here will not carry over). If your employer is listed as ineligible, undetermined, or not listed, remember that our database may be incomplete and your employer may still qualify for PSLF.

51-0205344

Ineligible

FAIRFAX BAR ASSOCIATION

*4110 CHAIN BRIDGE RD RM 216. FAIRFAX, VA 22030-4026 US*

51-0205344

Ineligible

THE FAIRFAX BAR ASSOCIATION

*4110 CHAIN BRIDGE RD RM 216. FAIRFAX, VA 22030 US*

Hi! Need help?

Determined your employer is eligible?

Hi! Need help?