UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELISSA SCHEEREN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 26-1659 (CRC) |

**PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that Defendants are granted final judgment on the claims of Plaintiff's Complaint.

SO ORDERED:

__________________
Date

______________________________
CHRISTOPHER R. COOPER
United States District Judge